# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2026

Lyle W. Cayce
Clerk

No. 25-90028

BRIAN HUMPHREY; JOEL GIROIR; BRYANT WHITE, *on behalf of themselves and all similarly situated individuals*,

*Plaintiffs—Respondents*,

*versus*

JAMES M. LEBLANC, *Secretary, Department of Public Safety and Corrections*,

*Defendant—Petitioner.*

---

Motion for Leave to Appeal
under FED. R. CIV. P. 23(f)

---

## UNPUBLISHED ORDER

Before JONES, RICHMAN, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the motion for leave to appeal under FED. R. CIV. P. 23(f) is GRANTED.