# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2026

        No. 25-30644    Giroir v. LeBlanc
                        USDC No. 3:20-CV-233
                        USDC No. 3:21-CV-108
                        USDC No. 3:20-CV-233

Dear Counsel:

This case and 26-30301 have been consolidated by the court.
Parties may refer by reference to the briefing already filed in
25-30644 and other cases consolidated with it, and should
supplement the briefing in 25-90028 only as necessary.  Federal
Rule of Appellate Procedure 28(i) provides that "[i]n a case
involving more than one appellant or appellee, including
consolidated cases, . . . any party may adopt by reference a
part of another's brief." Fed. R. App. P. 28(i) (emphasis
added).


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638
cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Michael Allen
    Ms. Elizabeth Lauren Brown
    Ms. Morgan Brungard
    Ms. Cecelia Trenticosta Kappel
    Mr. William Brock Most
    Ms. Samantha Bosalavage Pourciau

P.S. to Counsel: A revised copy of the caption is enclosed for
future filings.

_____

Case No. 25-30644

_____

Joel Giroir, on behalf of himself and all similarly situated individuals,

Plaintiff - Appellee

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections; Louisiana Department of Public Safety and Corrections,

Defendants - Appellants

consolidated with
_____

No. 26-30301
_____

Brian Humphrey, on behalf of himself and all similarly situated individuals; Joel Giroir, on behalf of themselves and all similarly situated individuals; Bryant White, on behalf of themselves and all similarly situated individuals,

Plaintiffs - Appellees

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

Defendant - Appellant

_____

Case No. 25-30644

_____

Joel Giroir, on behalf of himself and all similarly situated individuals,

Plaintiff - Appellee

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections; Louisiana Department of Public Safety and Corrections,

Defendants - Appellants

consolidated with

_____

No. 26-30301

_____

Brian Humphrey, on behalf of himself and all similarly situated individuals; Joel Giroir, on behalf of themselves and all similarly situated individuals; Bryant White, on behalf of themselves and all similarly situated individuals,

Plaintiffs - Appellees

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

Defendant - Appellant