# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 12, 2026

Mr. Michael Allen
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117


Ms. Elizabeth Lauren Brown
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802


    No. 26-30301    Humphrey v. LeBlanc
                USDC No. 3:20-CV-233

Dear Mr. Allen, Ms. Brown,

This letter serves to advise the parties to respond within ten
days as to the court directive concerning the necessity of
supplemental briefing in 26-30301.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _Rebecca Andry_
           Rebecca Andry, Deputy Clerk
           504-310-7638