# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 26-30301

Humphrey _____ vs. LeBlanc _____
(Short Title)

The Clerk will enter my appearance as Counsel for James M. LeBlanc, Secretary, Department of Public

Safety and Corrections; Louisiana Department of Public Safety and Corrections

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Andrew Blanchfield _____   ablanchfield@keoghcox.com _____
(Signature)   (e-mail address)

Andrew Blanchfield _____   LA / 16812 _____
(Type or print name)   (State/Bar No.)

Special Assistant Attorney General _____
(Title, if any)

Keogh, Cox & Wilson, Ltd. _____
(Firm or Organization)

Address ____ 701 Main Street, P.O. Box 1151 _____

City & State ____ Baton Rouge, LA _____   Zip ____ 70821 _____

Primary Tel. ____ (225) 383-3796 ____  Cell Phone: (225) 281-8058 ____  (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** J. Benjamin Aguinaga _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case No. _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Case No. 25-30644 Giroir v. LeBlanc

Name of Court or Agency ____ United States Court of Appeals for the Fifth Circuit

Status of Appeal (if any) ____ Briefing complete

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**   DKT-5A REVISED June 2023