

June 22, 2026

**VIA ECF**
Lyle W. Cayce
Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

   **Re:** *Humphrey v. LeBlanc*, **No. 26-30301, consolidated with** *Giroir v.*
     *LeBlanc*, **No. 25-30644**

Dear Mr. Cayce:

Plaintiffs-Appellees submit this letter in response to the Court's June 11, 2026 letter and May 22, 2026 directive regarding whether supplemental briefing is necessary.

Plaintiffs-Appellees submit that further briefing is not necessary. The parties have already fully briefed the relevant issues across the merits briefing in *Giroir v. LeBlanc* and the filings at the 23(f) petition stage, and the Court has before it an adequate record to resolve this appeal.

However, should the Court be inclined to permit supplemental briefing in response to Appellant's proposal, Plaintiffs-Appellees respectfully request the opportunity to file a responsive brief addressing any supplemental arguments raised by Appellant, within 30 days after Appellant's opening brief.

        Respectfully submitted.



*/s/ Cecelia Kappel*
Cecelia Trenticosta Kappel
Samantha Pourciau
Michael Allen
THE PROMISE OF JUSTICE INITIATIVE

William Most
Caroline Gabriel
MOST & ASSOCIATES

Brian Morris
LOEVY & LOEVY

*Attorneys for Plaintiffs*

cc: All Counsel (via ECF)