THE PROMISE OF JUSTICE INITIATIVE

VIA CM/ECF

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place, Suite 115
New Orleans, LA 70130

Re: No. 26-30301, *Brian Humphrey, et al.* v. *Gary Westcott*

Dear Mr. Cayce,

Plaintiffs-Appellees Brian Humphrey, Joel Giroir, and Bryant White ("Appellees") write to inform the Court of what we believe to be an error in the case caption in this appeal, No. 26-30301. Specifically, Plaintiffs-Appellees respectfully submit that the identification of Gary Westcott as Defendant-Appellant is incorrect. For the reasons that follow, Appellees submit that James LeBlanc is the proper Defendant-Appellant in this appeal and respectfully request that the case caption be updated accordingly.

On April 15, 2020, Appellees Brian Humphrey and Bryant White filed their original class action complaint in the district court case from which this appeal was taken. *Humphrey* v. *LeBlanc*, No. 3:20-cv-0233 (M.D. La. Apr. 15, 2020) ("*Humphrey*"), ECF 1. There, they challenged the widespread overdetention of people in the custody of the Louisiana Department of Public Safety & Corrections ("DOC") and named as the defendant James LeBlanc, "in his official capacity as Secretary" of the DOC. *Id.* However, Appellees' First and Second Amended Complaints name James LeBlanc as a defendant only in his individual capacity. *Id.*, ECF 11, 43. The Second Amended Complaint remains the operative complaint in the underlying

THE PROMISE OF JUSTICE INITIATIVE

*Humphrey* action; there are no claims made against Mr. LeBlanc in his official capacity or against Gary Westcott in that action.

Although Mr. LeBlanc no longer serves as Secretary of the Louisiana Department of Public Safety & Corrections, because he is named as a defendant in his individual capacity rather than his official capacity, substitution of the current Secretary, Gary Westcott, is improper. *See* Fed. R. App. P. 43(c)(2) ("When a public officer ***who is a party to an appeal or other proceeding in an official capacity*** dies, resigns, or otherwise ceases to hold office, the action does not abate. The public officer's successor is automatically substituted as a party.") (emphasis added); *see also* Fed. R. Civ. P. 25(d) (similar).

Counsel for the Defendants-Appellants have been contacted and have no objection to this request.

Accordingly, Plaintiffs-Appellees respectfully request that the case caption in this appeal be updated to reflect James LeBlanc, not Gary Westcott, as the Defendant-Appellant.

Sincerely,

*/s/ Cecelia Kappel*

Cecelia Trenticosta Kappel
Samantha Pourciau
Michael Allen
THE PROMISE OF JUSTICE INITIATIVE

William Most
Caroline Gabriel
MOST & ASSOCIATES

THE PROMISE OF JUSTICE INITIATIVE

Brian Morris
LOEVY & LOEVY

*Attorneys for Plaintiffs*

cc: All Counsel (via ECF)

**THE PROMISE OF JUSTICE INITIATIVE**

1024 Elysian Fields Avenue, New Orleans, LA 70117

promiseofjustice.org | Tel: (504) 529-5955 | Fax: (504) 595-8006