# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2026

No. 26-30301 Humphrey v. Westcott
USDC No. 3:20-CV-233

Dear Counsel:

The parties are ordered to file supplemental briefs addressing:

(1) whether Appellant's qualified immunity defense precludes class certification; and

(2) whether Rule 23(b)(3)'s requirements were satisfied.

Supplemental briefs are due on or before November 10, 2026.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

cc:
Mr. Jorge Benjamin Aguinaga
Mr. Michael Allen
Mr. Jeremy Benjamin
Mr. Andrew Blanchfield
Ms. Elizabeth L. Brown
Ms. Morgan Brungard
Ms. Cecelia Trenticosta Kappel
Mr. William Brock Most
Ms. Samantha Bosalavage Pourciau