No. 26-30301

# In the United States Court of Appeals for the Fifth Circuit

BRIAN HUMPHREY, ET AL.

*v.*

GARY WESTCOTT

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA (NO. 3:20-CV-233)
(THE HONORABLE JOHN W. DEGRAVELLES, J.)

## APPELLEES' UNOPPOSED MOTION TO CORRECT CAPTION

CECELIA TRENTICOSTA KAPPEL
MICHAEL ALLEN
THE PROMISE OF JUSTICE INITIATIVE
1024 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117
TEL: (504) 529-5955
CTKAPPEL@DEFENDLA.ORG
MALLEN@DEFENDLA.ORG

WILLIAM MOST
MOST & ASSOCIATES
201 ST. CHARLES AVE. STE. 2500 #9685
NEW ORLEANS, LA 70170
TEL: (504) 509-5023
WILLIAMMOST@GMAIL.COM

JEREMY A. BENJAMIN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE: (212) 373-3000
JBENJAMIN@PAULWEISS.COM

## UNOPPOSED MOTION TO CORRECT CAPTION

Plaintiff-Appellees Brian Humphrey, Joel Giroir, and Bryant White ("Appellees") respectfully propose the below updated case caption for this appeal:

> Brian Humphrey, Joel Giroir, and Bryant White, on behalf of themselves and all similarly situated individuals,
>
> *Plaintiffs - Appellees,*
>
> v.
>
> James LeBlanc,
>
> *Defendant - Appellant.*

In the action proceeding in the District Court, No. 3:20-cv-233, James LeBlanc is sued in his individual capacity. Second Amended Complaint, *Humphrey* v. *LeBlanc*, No. 3:20-cv-0233 (M.D. La. Apr. 15, 2020) ("*Humphrey*"), ECF 43 at 3. Although Mr. LeBlanc no longer serves as Secretary of the Louisiana Department of Public Safety & Corrections, because he is named as a defendant in his individual capacity rather than his official capacity, substitution of the current Secretary, Gary Westcott, is improper. *See* Fed. R. App. P. 43(c)(2) ("When a public officer who is a party to an appeal or other proceeding in an *official capacity* dies, resigns, or otherwise ceases to hold office, the action does not abate. The public officer's successor is automatically substituted as a party.") (emphasis added); *see also*

Fed. R. Civ. P. 25(d) (similar); *Kentucky* v. *Graham*, 473 U.S. 159, 166 n.11 (1985) ("Should the official die pending final resolution of a personal-capacity action, the plaintiff would have to pursue his action against the decedent's estate.").

Plaintiffs also filed today an unopposed motion to amend the case caption in the district court to reflect that Defendant LeBlanc is sued in his individual capacity. Motion to Amend Case Caption, *Humphrey*, ECF 290.

To ensure the proper administration of justice, Appellees respectfully request that the case caption be updated as described above to reflect James LeBlanc as the Defendant - Appellant in this action.

NOVEMBER 10, 2026

Respectfully submitted,

/s/ *Jeremy A. Benjamin*

JEREMY A. BENJAMIN
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE: (212) 373-3000
JBENJAMIN@PAULWEISS.COM

CECELIA TRENTICOSTA KAPPEL
MICHAEL ALLEN
THE PROMISE OF JUSTICE INITIATIVE
1024 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117
TEL: (504) 529-5955

CTKAPPEL@DEFENDLA.ORG
MALLEN@DEFENDLA.ORG

WILLIAM MOST
MOST & ASSOCIATES
201 ST. CHARLES AVE. STE. 2500
#9685
NEW ORLEANS, LA 70170
TEL: (504) 509-5023
WILLIAMMOST@GMAIL.COM

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I certify that on November 10, the foregoing was filed electronically using the Court's CM/ECF filing system, which suffices as notice to all counsel of record.

/s/ *Jeremy A. Benjamin*

Jeremy A. Benjamin

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 282 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface, 14-point CenturyExpd BT.

/s/ *Jeremy A. Benjamin*

Jeremy A. Benjamin