# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 23, 2026
Thomas B. Plunkett, III
Clerk

No. 26-30301

Brian Humphrey, *on behalf of himself and all similarly situated individuals*; Joel Giroir, *on behalf of themselves and all similarly situated individuals*; Bryant White, *on behalf of themselves and all similarly situated individuals*,

*Plaintiffs—Appellees*,

*versus*

James LeBlanc,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:20-CV-233

ORDER:

IT IS ORDERED that Appellees' unopposed motion to amend the caption is GRANTED.

*/s/ Priscilla Richman*
Priscilla Richman
*United States Circuit Judge*